AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br><br>Steven Wayne White,<br>Justin Lee Busby<br><br>*Defendant(s)* | Case No. 22-8079MJ |

DOA 3-15-22

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about March 15, 2022, at or near Eloy, in the County of Pinal, in the District of Arizona, the defendants, Steven Wayne White and Justin Lee Busby, knowing and in reckless disregard of the fact that certain aliens, Marbella Diaz-Rios and Consuelo Garcia-Garcia, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (a)(1)(B)(ii).

This criminal complaint is based on these facts:

See Attached Statement of Probable Cause, Incorporated by Reference Herein

☒ Continued on the attached sheet.

DEREK D PATT
Digitally signed by DEREK D PATT
Date: 2022.03.16 17:59:00 -07'00'

*Complainant's signature*

*GaO* March 16, 2022
Reviewed by AUSA Genevieve Ozark
for AUSA Marcus Shand

Derek D. Patt, Border Patrol Agent
*Printed name and title*

Sworn to telephonically and signed electronically.

Date: 3-17-22

*Judge's signature*

City and state: Phoenix, Arizona

Honorable John Z. Boyle, U.S. Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Derek D. Patt, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Border Patrol Agent with United States Border Patrol, United States Customs and Border Protection, currently assigned to the Casa Grande Border Patrol Station Prosecution Unit. I have learned about this investigation and the facts contained therein from direct participation in the investigation and from the reports and communications of other Border Patrol agents and law enforcement personnel involved.

2. At approximately 10:00 p.m., on March 15, 2022, Pinal County Sheriff's Office (PCSO) Deputy Sanders (badge number 2563), patrolling the area near Eloy, conducted a vehicle stop of a white 2003 Mazda Tribute on Interstate 10 (I-10) milepost 206, near Eloy, within the District of Arizona. Interstate 10 is a major interstate running east-west through the state of Arizona from the state's eastern border with New Mexico to its western border with California. Based on my training and experience I am aware that because of I-10's proximity to Arizona's border with Mexico and the access which it provides to major cities, it is frequently used by smugglers to transport illegal aliens.

3. Deputy Sanders conducted the stop of the white 2003 Mazda Tribute for the offense of unsafe lane change (A.R.S. § 28-729). Deputy Sanders ultimately provided the Mazda's driver, later identified as defendant John White, with a written warning for this violation. As Deputy Sanders approached the vehicle, he noticed two female

individuals in the back seats and two male individuals in the vehicle's cargo area, an area which has no safety restraints. Deputy Sanders was able to communicate with the driver and front passenger in English, but the remaining occupants did not speak English. Deputy Sanders left all the occupants in the vehicle until Border Patrol Agents arrived.

4. As Border Patrol Agent (BPA) German Marquez walked up to the vehicle, the passenger, later identified as defendant Justin Lee Busby, was shouting about his current situation. BPA Marquez used his government-issued cell phone to record the event. After Busby calmed down, BPA Marquez conducted an immigration inspection of all the Mazda's occupants and determined that Steven White (the driver) and Justin Lee Busby (front seat passenger) were United States citizens. The remaining four passengers (identified as: Jose Manuel Diaz-Rios, Marbella Diaz-Rios, Consuelo Garcia-Garcia, Estela Garcia-Garcia) were determined to be citizens and nationals of Mexico. All four of these passengers were determined to be illegally present in the United States, without any immigration documents allowing them to lawfully enter or remain in the United States. All six of the vehicle's occupants were arrested and transported to the Casa Grande Border Patrol Station for further processing and investigation.

5. During processing, all four suspected aliens verified their lack of status in the United States and their countries of citizenship. Fingerprint-based immigration records checks confirmed that none of the four aliens had been previously removed from the United States under Title 8 of the United States Code or issued Alien Files.

6. At the Casa Grande Border Patrol Station, during a post-*Miranda* interview, White stated that he had consumed methamphetamine earlier in the day. White stated that he met his friend, Justin Busby, who wanted White to ride with him. He also stated that Busby was the person in the vehicle with him when he was arrested. Busby told White that he was going into town and was going to be taking some people in and asked if White wanted to ride along with him. White stated that he wanted to be paid $800 to ride along with him and knew that he was going to pick up "Mexican people" and knew that the "Mexican people" were illegally in the United States. The end destination would be Phoenix. White stated that Busby picked him up in Tucson and left his car at the McDonalds near Interstate 10 and Sahuarita Street. White stated that the non-citizens were already in the vehicle when Busby picked him up. White didn't know where Busby had picked the non-citizens up at. At this point, White stated that he did not want to talk anymore and asked for an attorney.

7. At the Casa Grande Border Patrol Station, Justin Lee Busby was read his *Miranda* Rights via form I-214 at 12:05 AM by BPA Anthony Farrell, as witnessed by BPA Oscar Coronado. Steven White signed the form I-214, waiving his rights, and did not agree to be interviewed by agents without the presence of an attorney.

8. At the Casa Grande Border Patrol Station, a custodial interview was conducted on Jose Manuel Diaz-Rios. Diaz-Rios is a citizen and national of Mexico who admitted to illegally crossing into the United States. Diaz-Rios stated that he was charged a fee of $1,000 to cross the Mexico/United States international boundary fence. He would have to pay an additional $7,000 when he reached his destination in Memphis,

4

Tennessee. He crossed into the United States with five people, including the guide for the group on Monday around 6:00 p.m. They walked for about a day and a half until they reached a church. They got into a white vehicle, which he thought that it could be an Explorer or SUV with four doors. Diaz-Rios claimed that the guide never got into the vehicle with them. Diaz-Rios got to the back cargo area of the vehicle. Diaz-Rios stated that the driver only spoke English and that he did not understand him. He was unsure if they made any stops or if anyone got in or out of the vehicle because he was laying down in the back of the cargo area of the vehicle. Diaz-Rios claims that they were in the vehicle for about an hour and a half when the police pulled the vehicle over. Diaz-Rios was shown a six-pack photographic line-up containing the photos of six different individuals with a number corresponding to each photograph. Diaz-Rios positively identified Justin Lee Busby as the first driver that picked him up and as the passenger at the time of his arrest. Diaz-Rios was shown a second six-pack photographic line-up containing the photos of six different individuals with a number corresponding to each photograph. Diaz-Rios was not able to identify Steven White as the driver at the time of his arrest.

9. At the Casa Grande Border Patrol Station, a custodial interview was conducted on Estela Garcia-Garcia. Garcia-Garcia is a citizen and national of Mexico who admitted to illegally crossing into the United States. Garcia-Garcia stated that she was charged a fee of 13,000 Mexican pesos to cross the Mexico/United States international boundary fence. She would have to pay an additional $10,500 when she reached her final destination. Garcia-Garcia claimed to have cross with eight other non-citizens

and walked for approximately two days to Arivaca. Garcia-Garcia claimed that a white SUV pulled up with only one person inside, a male driver. She got in. Garcia-Garcia laid down in the cargo area of the vehicle. She said that they made three different stops. During the last stop, another male subject got into the vehicle with them. It was approximately an hour and a half until she was stopped by law enforcement. Garcia-Garcia stated that no one absconded from the vehicle when it was pulled over by law enforcement. Garcia-Garcia was shown a six-pack photographic line-up containing the photos of six different individuals with a number corresponding to each photograph. Garcia-Garcia was not able to positively identify Justin Lee Busby as the first driver that picked her up and as the passenger at the time of her arrest. Diaz-Rios was shown a second six-pack photographic line-up containing the photos of six different individuals with a number corresponding to each photograph. Garcia-Garcia was not able to identify Steven White as the driver at the time of his arrest.

10. At the Casa Grande Border Patrol Station, an interview was conducted on Marbella Diaz-Rios. Diaz-Rios is a citizen and national of Mexico who admitted to illegally crossing into the United States. Diaz-Rios stated that she was charged a fee of 11,000 Mexican Pesos to cross the Mexico/United States international boundary fence. She travelled with a group of four and was given a hand-held radio to communicate with smugglers in her travels in the United States. She was directed to go to Arivaca, Arizona and that a vehicle would pick her up. When she arrived in Arivaca, she met an unknown smuggler that took over communications and arranged for a vehicle to

pick her and her group up. Diaz-Rios stated that a grey SUV type vehicle pulled up and she got into the vehicle. She stated that she there was only one person, the driver, in the vehicle when she got in. She was told to get in the rear cargo area with the other three non-citizens by the unknow smuggler. The vehicle travelled for about 15 minutes and the driver, Justin Lee Busby, stopped and motioned with his hand for the two of the non-citizens to move from the cargo area to the rear seats. The vehicle then travelled for about another 25 minutes and stopped at an unknown location where Busby parked and left the vehicle to speak with another individual, later identified as Steven White. Busby got back into the vehicle and drove to a gas station where Busby went into the gas station to buy food for the non-citizens. White entered the vehicle's passenger seat at the gas station. Down the road from the gas station, Busby stopped the vehicle and Busby traded seats with White. White drove the vehicle for about a half hour before they were stopped by Pinal County Sheriff's Office. Diaz-Rios mentioned that while the vehicle was stopped by the authorities, Busby seemed to be mad and aggressive towards the Border Patrol Agents that just shown up on the scene. Diaz-Rios was shown a six-pack photographic line-up containing the photos of six different individuals with a number corresponding to each photograph. Diaz-Rios positively identified Justin Lee Busby as the first driver that picked her up and as the passenger at the time of her arrest. Diaz-Rios was shown a second six-pack photographic line-up containing the photos of six different individuals with a number corresponding to each photograph. Diaz-Rios positively identified Steven White as the driver at the time of her arrest.

11. At the Casa Grande Border Patrol Station, an interview was conducted on Consuelo Garcia-Garcia. Garcia-Garcia is a citizen and national of Mexico who admitted to illegally crossing into the United States. Garcia-Garcia stated that she paid an initial smuggling fee of 11,000 Mexican pesos to cover crossing the border and she would have to pay an additional $9,000 dollars once she arrived in Phoenix. Garcia-Garcia crossed the border on Monday, March 14, 2022, at approximately 1:00 PM with a group of five non-citizens. She claimed to have walked for approximately a day and half to reach the town of Arivaca and said that the foot guide of the group arranged the vehicle ride north. Garcia-Garcia stated that a four-door vehicle arrived and picked up the four non-citizens near a church. She claimed that there was only one person, later identified as Justin Lee Busby, in the vehicle before they got in. The foot guide for the group that she was in did not get into the vehicle. Garcia-Garcia said that they drove for approximately 10 to 15 minutes before they arrived at a gas station. Busby got out of the vehicle and went into the gas station and bought drinks for the non-citizens. He left the gas station with another man, later identified as Steven White, and both individuals got into the vehicle. Garcia-Garcia claims that approximately 20 to 30 minutes of driving, Busby pulled over and switched seats with Steven White. Steven White then continued to drive for approximately one to two hours before they were pulled over by law enforcement. Garcia-Garcia was shown a six-pack photographic line-up containing the photos of six different individuals with a number corresponding to each photograph. Garcia-Garcia positively identified Justin Lee Busby as the first driver that picked her up and as the passenger at the time of her

arrest. Garcia-Garcia was shown a second six-pack photographic line-up containing the photos of six different individuals with a number corresponding to each photograph. Garcia-Garcia positively identified Steven White as the driver at the time of her arrest.

12. Based on the above-stated facts, your affiant submits that there is probable cause to believe that on or about March 15, 2022, defendants, Steven Wayne White and Justin Lee Busby, transported aliens within the United States in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (a)(1)(B)(ii).

13. This affidavit was sworn telephonically before a United States Magistrate Judge legally authorized to administer the oath for this purpose.

DEREK D PATT
Digitally signed by DEREK D PATT
Date: 2022.03.16 17:59:58 -07'00'

Derek D. Patt
U.S. Border Patrol Agent

Telephonically sworn to and subscribed this ___ day of March, 2022.

Honorable John Z. Boyle
United States Magistrate Judge